United States District Court
District of Connecticut
FILED AT HARTFORD
June 11th 2015
Roberta D. Tabora, Clerk
By
Deputy Clerk

FILED
2015 JUN 12 A 11: 54
US DISTRICT COURT
HARTFORD CT

UNITED STATES OF AMERICA
DISTRICT OF CONNECTICUT

GRAND JURY H-14-2

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:15CR101 (RNC) |
| v. | VIOLATION: |
| JOSE SERRANO | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Unlawful Possession of a Firearm by a Felon) |

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
(Unlawful Possession of a Firearm by a Felon)

On or about February 11, 2015, in the District of Connecticut, defendant JOSE SERRANO, having been convicted in the Superior Court of the State of Connecticut of a crime punishable by imprisonment exceeding one year, to wit, carrying a pistol without a permit, in violation of Conn. Gen. Stat. § 29-35(a), on January 26, 2007, knowingly possessed a firearm in and affecting commerce, namely, a Kel-Tec, model P-11, 9mm semi-automatic pistol, bearing serial number AZQ87, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

/S/
FOREPERSON

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY

GABRIEL J. VIDONI
ASSISTANT UNITED STATES ATTORNEY